## (May 12, 1981)

■ EDMOR REALTY CORPORATION, Appellant-Respondent, v HILTON HOTELS CORPORATION et al., Respondents-Appellants. — Order, Supreme Court, New York County, entered on July 28, 1980, unanimously affirmed, without costs and without disbursements, and without prejudice to a future application for additional discovery. No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Ross and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN DU PONT, Appellant. — Judgment, Supreme Court, New York County, rendered on October 9, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Kupferman, Sandler, Ross and Silverman, JJ.